UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONNA M. PINO,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 1:16-cv-11721 |

### JOINT MOTION OF THE PARTIES FOR A BRIEF EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION SCHEDULE

Plaintiff Donna M. Pino ("**Ms. Pino**") and Defendant Ocwen Loan Servicing, LLC ("**Ocwen**" or "**Defendant**") hereby jointly move to extend the discovery and pretrial schedule entered by the Court on November 16, 2016 [D.E. 19] ("**Current Schedule**") by approximately 90 days ("**Joint Motion**"). This is the parties' <u>first</u> request for enlargement of time. The extension will allow the parties complete depositions in an orderly fashion, continue to discuss settlement, and resolve any existing discovery disputes without Court intervention.

The parties' proposed amendment to the Current Schedule is as follows:

*Motion allowed; final pre-trial conference is rescheduled for Wed., May 2, 2018 at 3:00 p.m. and trial shall commence on Mon., May 7, 2018 at 9:00 AM. There will be no further extensions.*

*NMGorton, USDJ 4/28/17*

WPB 383960084v2